UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14008-CR-MARTINEZ (MIDDLEBROOKS)

UNITED STATES OF AMERICA
    Plaintiff,
vs.

WILLIAM TENDRICH,

    Defendant.
_____/

**UNOPPOSED MOTION FOR CONTINUANCE**

**COMES NOW** the defendant, WILLIAM TENDRICH, by and through his undersigned CJA attorney and files this his motion for continuance and as grounds would state as follows:

1. The defendant was arraigned on October 31, 2014.

2. Trial is set for December 1, 2014.

3. The government filed its Response to the Standing Discovery Order on November 6, 2014. The defendant has received recordings, ATF reports, FBI reports, transcripts, and other documents from the government.

4. The defendant is requesting additional time to review the discovery provided by the government.

5. AUSA Russell Killinger does not oppose this motion.

**WHEREFORE,** the defendant respectfully requests the trial in this matter be continued for at least two months to permit the defendant sufficient time to review the discovery.

>ALLEN S. KAUFMAN, P.A.
>950 S. PINE ISLAND RD.
>PLANTATION, FL 33324
>(954) 727-8165
>FAX (954) 727-8164
>
>By: s/ Allen S. Kaufman
>    ALLEN S. KAUFMAN
>    FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>BY: s/ Allen S. Kaufman
>    ALLEN S. KAUFMAN